## (April 28, 1978)

■ In the Matter of EUGENE COOPERMAN, Respondent, v COMMISSIONER OF THE DEPARTMENT OF CORRECTIONAL SERVICES OF THE STATE OF NEW YORK, Appellant.—Motion by respondent, pursuant to section 753 of the Judiciary Law, for order punishing appellant for civil contempt for his failure to comply with the judgment of the Supreme Court, Albany County, entered May 10, 1976 and affirmed by order of this court dated June 10, 1977. The motion is improperly made in this court (CPLR 5524, subd [b]; see 7 Weinstein-Korn-Miller, NY Civ Prac, par 5524.03) and is hereby transferred to the Special Term of Supreme Court, Albany County, scheduled for May 25, 1978. Mahoney, P. J., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of ANN PERRY, Also Known as TRIXIE, et al., Petitioners, v FRANCIS VOGT, as County Court Judge of Ulster County and Temporarily Assigned Acting Supreme Court Judge in Albany County, et al., Respondents.—Application, pursuant to CPLR article 78, for relief in the nature of prohibition, denied, without costs, and petition dated April 27, 1978 dismissed (see *Matter of People v Conway,* 62 AD2d 1107). Mahoney, P. J., Sweeney, Staley, Jr., Larkin and Herlihy, JJ., concur.

## FOURTH DEPARTMENT, APRIL, 1978

## (April 7, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS MOORE, Appellant.—Judgment insofar as it imposes sentence unanimously reversed and defendant remanded to Supreme Court, Erie County, for resentencing in compliance with CPL 400.21, and otherwise judgment affirmed. Memorandum: With commendable candor the District Attorney acknowledges that CPL 400.21 was not complied with at sentencing and that defendant must be remanded for resentence in compliance therewith. (Appeal from judgment of Erie Supreme Court—reckless endangerment, etc.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.